## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00444-REB-CBS

MICHAEL TYLER,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## MINUTE ORDER

IT IS HEREBY ORDERED that the Joint Motion for Leave to File Stipulated Protective Order (*doc. no. 19*) is **GRANTED**.

In addition to F<small>ED</small>.R.C<small>IV</small>.P. 26(c)(2), and D.C.C<small>OLO</small>L.C<small>IV</small>R. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (F<small>ED</small>.R.C<small>IV</small>.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.C<small>OLO</small>L.C<small>IV</small>R.) regarding the execution of this protective order.

**DATED:**     May 19, 2006