## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00444-REB-CBS

MICHAEL TYLER,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#27], filed July 18, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#27], filed July 18, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 7, 2007, is **VACATED**; and

4.  That the jury trial set to commence September 24, 2007, is **VACATED**.

Dated July 20, 2006, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**